IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MERLE LAMONT APPLEGATE,         )<br>                                 )<br>        Plaintiff,               )<br>                                 )<br>    v.                           )<br>                                 )<br>MICHAEL J. ASTRUE, Commissioner of )<br>Social Security,                 )<br>                                 )<br>        Defendant.               )<br>                                 ) | 4:12CV3029<br><br>ORDER ON APPLICATION AND<br>AFFIDAVIT FOR LEAVE TO PROCEED<br>IN FORMA PAUPERIS |

The plaintiff, Merle Lamont Applegate, by and through his counsel of record, has filed a Complaint, ECF No. 1, and an Application and Affidavit for Leave to Proceed In Forma Pauperis, filing 2.

IT IS ORDERED that the plaintiff's Application for Leave to Proceed In Forma Pauperis, filing 2, is granted.

Dated February 21, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge