IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MERLE LAMONT APPLEGATE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3029 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

In my Order on Application and Affidavit for Leave to Proceed In Forma Pauperis, ECF no. 4, I granted the plaintiff's application to proceed in forma pauperis. I have been told by the clerk's office that it has received from plaintiff the necessary completed forms and I now expand on my February 21, 2012, order.

IT IS FURTHER ORDERED that:

1. the clerk shall now sign the summons forms and forward them with copies of the Complaint to the U.S. Marshal for service of process; and

2. the U.S. Marshal shall serve the summons and Complaint without prepayment of costs or fees. Service may be by certified mail pursuant to Fed. R. Civ. P. 4 and Nebraska law in the discretion of the U.S. Marshal.

Dated March 5, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge