IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MERLE LAMONT APPLEGATE, ) | |
| ) | |
| Plaintiff, ) | 4:12CV3029 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | ORDER ON DEFENDANT'S UNOPPOSED |
| Social Security, ) | MOTION FOR EXTENSION OF TIME TO |
| ) | RESPOND TO PLAINTIFF'S BRIEF |
| Defendant. ) | |
| ) | |

    IT IS ORDERED that:

    1.    the Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Brief, ECF No. 17, is granted;

    2.    the defendant shall on or before August 24, 2012, file and serve its response brief;

    3.    within one week after the defendant's response brief is filed, the plaintiff may file and serve a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

    4.    in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

    Dated July 24, 2012.

    BY THE COURT

*Warren K. Urbom* (signature)

Warren K. Urbom
United States Senior District Judge